HARRY MILLS, Respondent, v. HERBERT KELDERHOUSE, Appellant.— Motion to dismiss appeal granted unless appellant file and serve printed papers and briefs by March sixteenth.

HERMAN HIGGS, Respondent, v. NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.— Motion to dismiss appeal granted unless appellant file and serve briefs by March sixteenth and pay respondent's attorney ten dollars.

ALICE B. WIKOFF, Respondent, v. NEW AMSTERDAM CASUALTY COMPANY, Appellant.— Motion to dismiss appeal granted unless appellant pay to respondent's attorney ten dollars and be ready for argument on March fourteenth.

JOSEPH MARINE and ANNA ROSENBLOOM, Respondents, v. LEAH SHAPIRO and Others, Appellants.— Motion granted and appeal dismissed, with costs.

HAAS TOBACCO COMPANY, Respondent, v. AMERICAN FIDELITY COMPANY, Appellant.— Motion granted and appeal dismissed, with costs.

In the Matter of the Probate of the Last Will and Testament of CATHERINE ROTH, Deceased.— Motion granted and appeal dismissed, with costs.

SAMUEL S. RAMSDELL, an Infant, etc., Respondent, v. COOMBS AERO-PLANE COMPANY, INC., Appellant.— Motion granted and appeal dismissed, with costs.

LENA R. ALLEN, Respondent, v. GLEN I. BIDWELL, Appellant.— Appeal dismissed, without costs upon stipulation filed.

KATE HESS, Respondent, v. RIBSTEIN-HOLTER COMPANY, INC., Appellant.— Appeal dismissed unless appellant shall file and serve printed papers and briefs by March twenty-sixth and also printed papers and briefs on appeal from order entered February 10, 1917, and be ready to argue both appeals on April fourth.

INEZ R. HARTLEY, Respondent, v. JAMES MYRON RINGER, Appellant. — Appeal dismissed unless appellant shall file and serve printed papers and briefs by March twenty-first and pay to respondent's attorney ten dollars and be ready for argument on March twenty-seventh.

FRED W. SMITH and FLORENCE SMITH, Respondents, v. WILLIAM MASON and HARRIET MASON, Appellants.— Appeal dismissed unless appellants shall file and serve printed papers and brief by March thirteenth and be ready for argument on March nineteenth. Appellant may file exceptions to decision upon payment of ten dollars.

FARMERS AND MECHANICS BANK OF JAMESTOWN, N. Y., Respondent, v. GRANT FORBES and Others, Appellants.— It appearing that the justices qualified to sit in this appeal are equally divided and unable to render a decision therein, the appeal is transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure. Lambert, J., not sitting.